IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAZMINE SHAWN'TE HOWARD, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-22-622-D |
| ABOUTANAA EL HABTI, Warden | ) |
| Respondent. | ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, Petitioner's Motion to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** The Court finds that Petitioner should be required to pay the full filing fee for this action within twenty (20) days from the date of this Order and, if the filing fee is not paid, the case should be dismissed without prejudice to refiling.

**IT IS SO ORDERED** this 16th day of August, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge