IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAZMINE SHAWN'TE HOWARD, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-22-622-D |
| ABOUTANAA EL HABTI, Warden, | ) ) ) |
| Respondent. | ) |

**O R D E R**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 12] in its entirety. For the reasons stated therein, the Court finds the Petition for Writ of Habeas Corpus [Doc. No. 1] should be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED** this 1st day of February, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge