### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAZMINE SHAWN'TE HOWARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-22-622-D |
| | ) |
| ABOUTANAA EL HABTI, Warden, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On February 3, 2023, this Court issued an order denying Petitioner Jazmine Shawn'te Howard's petition for writ of habeas corpus. *See* 2/3/23 Order [Doc. No. 19]. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, the Court must issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a petitioner. A COA may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller El v. Cockrell*, 537 U.S. 322, 327 (2003). Upon consideration, the Court finds the requisite standard is not met in this case. Therefore, a COA is denied.

**IT IS SO ORDERED** this 15th day of March, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge